

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 18 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HARRISON COUNTY, MISSISSIPPI**          **PLAINTIFF**

VS.          CIVIL NO: 1:14CV50-LG-JCG

**STATE OF FLORIDA;**
**PINELLAS COUNTY, FLORIDA;**
**PINELLAS COUNTY SHERIFF'S**
**OFFICE; SHERIFF BOB GUALTIERI,**
**IN HIS OFFICIAL CAPACITY;**
**AND SHERIFF JIM COATS,**
**IN HIS OFFICIAL CAPACITY**          **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

This matter having come before the Court, and the Court having been advised that the Plaintiff, Harrison County, Mississippi, and the Defendants, State of Florida; Pinellas County, Florida; Pinellas County Sheriff's Office; Sheriff Bob Gualtieri; and Sheriff Jim Coats, have full settled and resolved all claims between and against each other, and that, therefore, this civil action should be dismissed with prejudice. It is, therefore,

ORDERED AND ADJUDGED that all claims are dismissed, with prejudice, against the Defendants, State of Florida; Pinellas County, Florida, Pinellas County Sheriff's Office; Sheriff Bob Gualtieri; and Sheriff Jim Coats in this civil action. It is, further,

ORDERED AND ADJUDGED that Defendants State of Florida; Pinellas County, Florida; Pinellas County Sheriff's Office; Sheriff Bob Gualtieri; and Sheriff Jim Coats, are hereby fully and finally dismissed from this cause.

SO ORDERED AND ADJUDGED, this the 18th day of September, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared by:
Cy Faneca MSB #5128
Haley Broom MSB #101838
Shannon Ladner Ozerden MSB #102065
DUKES, DUKES, KEATING AND FANECA, P.A.
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, MS   39502

Agreed:

*/s/ Shannon A. Ozerden*

Haley N. Broom
Shannon Ladner Ozerden
Attorney for Plaintiff

*/s/ James H. Heidelberg*

James H. Heidelberg
Attorney for State of Florida